1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| KORTTNEY ELLIOTT, | No. 2:23-cv-05065-JAK (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| GREAT NEW WORLD EQUITY LLC; and DOES 1 to 10, | **JS-6** |
| Defendants. | |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

Judgment is entered in favor of Plaintiff, Korttney Elliott, and against Defendant, Great New World Equity LLC, in this matter. Defendant shall provide an accessible parking space at the property located at or about 19759 Colima Road, Rowland Heights, CA, in compliance with the Americans with Disabilities Act Accessibility Guidelines. Defendant shall pay to Plaintiff $1700, as an award of attorney's fees, and $527 in costs, for a total of $2227.

**IT IS SO ORDERED.**

Dated: February 02, 2024         _____

John A. Kronstadt
United States District Judge